HERBERT MUFFLER, JOHN F. MURPHY, DAVID MANNING AND
W. H. NEWMAN

*v.*

STATE OF ILLINOIS.

*Opinion filed May 1, 1923.*

PROPERTY DAMAGE—*liability of State.* Under the facts proven and admitted by the State claimant is entitled to an award.

Edward J. Brundage, Attorney General, for State.

This is a claim filed by the above named claimants for injuries sustained, property lost and damaged and loss of time caused by said injuries, and due to the collapse of a State bridge over the Illinois and Michigan Canal at Senaca, Illinois.

The respective amounts filed by said claimants are as follows:

Herbert Muffler ................................................$197.20
W. H. Newman ................................................ 375.00
David Manning ................................................ 125.00
John F. Murphy ................................................ 528.00

The Attorney General admits the truth of the allegations in the statement of claims herein filed, including the amount of damages claimed, waives formal proof of the same and files no objection to the allowance of an award in each case as above set forth.

We, therefore, recommend an award to each claimant as set forth in the petition and affidavit of claim and as above stated.